No. 618, Misc. TOUHY *v.* ILLINOIS. *Per Curiam:* The appeal is

dismissed for want of a substantial federal question. *Robert B. Johnstone* for appellant. 